FILED

08/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0300

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0300

_____

IN THE MATTER OF THE ESTATE OF

REBEKAH GRACE BARSOTTI,                                    O R D E R

    Deceased.

_____

This Court reviews briefs to ensure compliance with Rules 10, 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on August 25, 2023, this Court has determined that the brief does not comply with the below-referenced Rule[*s*] and must be resubmitted.

M. R. App. P. 10(2) requires copies of all papers filed to be served on all other parties to the appeal or review. The certificate of service indicates that the brief was not served on Walter E. Congdon representing Mineral County. The brief needs to be served on all parties, including interested parties such as Mineral County.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule[*s*] and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
August 28 2023